ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CLINTON BASS,<br><br>Defendants. | Case No. 1:25-cr-00007<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

The parties agree to continue the status conference in this TSR matter that is scheduled for August 5, 2026, until August 17, 2026, at 2:00 p.m., before the Duty Magistrate Judge. The Probation Office is working on responding to various discovery requests made by defense counsel and defense counsel has further investigation to perform.

///

///

///

IT IS SO STIPULATED.

Dated: August 3, 2026

*/s/ Michael Berdinella*
Michael Berdinella
Counsel for Clinton Bass

Dated: August 3, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CLINTON BASS,<br><br>Defendant. | Case No. 1:25-cr-00007<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled in this TSR matter for August 5, 2026, is continued until August 17, 2026, at 2:00 p.m., before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **August 3, 2026**

UNITED STATES MAGISTRATE JUDGE