ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CLINTON BASS,<br><br>Defendants. | Case No. 1:25-cr-00007-KES<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

The parties agree to continue the status conference in this TSR matter that is scheduled for August 31, 2026, until September 14, 2026, at 2:00 p.m., before the Duty Magistrate Judge. Defense counsel is working on obtaining additional evidence from the local authorities regarding the incident that gave rise to the alleged TSR violation and has further investigation to perform.

///

///

///

IT IS SO STIPULATED.

Dated: August 26, 2026

*/s/ Michael Berdinella*
Michael Berdinella
Counsel for Clinton Bass

Dated: August 26, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CLINTON BASS,<br><br>Defendant. | Case No. 1:25-cr-00007-KES<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled in this TSR matter for August 31, 2026, is continued until **September 14, 2026, at 2:00 p.m., before Magistrate Judge Frank J. Singer**.

IT IS SO ORDERED.

Dates: August 26, 2026

UNITED STATES MAGISTRATE JUDGE