ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CLINTON BASS,<br><br>Defendant. | Case No. 1:25-cr-00007<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

The parties agree to continue the status conference in this TSR matter that is scheduled for September 14, 2026, until October 13, 2026, at 2:00 p.m., before the Duty Magistrate Judge. Defense counsel is working on obtaining additional evidence from the local authorities regarding the incident that gave rise to the alleged TSR violation and believes that he will have that evidence by October 13th. Defense counsel also has a personal obligation to attend from October 6, 2026, through October 12, 2026, and will be unavailable during that period.

///

///

///

IT IS SO STIPULATED.

Dated: September 10, 2026

*/s/ Michael Berdinella*
Michael Berdinella
Counsel for Clinton Bass

Dated: September 10, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled in this TSR matter for September 14, 2026, is continued until October 13, 2026, at 2:00 p.m., before the Duty Magistrate Judge. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge