ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CLINTON BASS,<br><br>Defendants. | Case No. 1:25-cr-00007<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

The parties agree to continue the status conference in this TSR matter that is scheduled for October 13, 2026, until December 8, 2026, at 2:00 p.m., before the Duty Magistrate Judge. Defense counsel is working on obtaining additional evidence from the local authorities regarding the incident that gave rise to the alleged TSR violation and believes that he will have that evidence by December 8th.

///

///

///

IT IS SO STIPULATED.

Dated: October 8, 2026

*/s/ Michael Berdinella*
Michael Berdinella
Counsel for Clinton Bass

Dated: October 8, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CLINTON BASS,<br><br>Defendant. | Case No. 1:25-cr-00007<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled in this TSR matter for October 13, 2026, is continued until December 8, 2026, at 2:00 p.m., before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **October 9, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE